## DAVIS *v.* HOOD.

Where the transcript of an appeal is not filed within three days after the return, and the failure does not result from any act or neglect of the clerk or other officer, the appeal must be dismissed. Such a case is not embraced by the act of 20 March. 1839, s. 19.

APPEAL from the District Court of Carroll, *Curry,* J. *Willson, Prentiss, Finney, Stacy* and *Sparrow,* for the appellant. *Thomas,* for the defendant. The judgment of the court was pronounced by

KING, J. The appellee has moved to dismiss this appeal, on the ground that the transcript was not filed on the day when it was returnable, nor within three days thereafter. The appeal was made returnable on the second monday of January; no extension of time was granted for bringing it up, and the record was not filed until the 11th of February following. The transcript was delivered to the plaintiff in ample time to have been filed before the day fixed in the order, and appears to have been mislaid, while in the hands of the counsel or commission merchants of the appellant.

The failure to file within the time fixed, has not been in consequence of any act or negligence of the clerk or other officer, and falls within none of the provisions of the act of 1839, which authorise us to give relief.

      *Appeal dismissed,*